

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00211-CV

| | | |
|---|---|---|
| THE FONTANA EVOLUTION, LLC AND BO FONTANA, Appellants | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2020-002711-3) |
| V. | § | January 19, 2023 |
| SCP DISTRIBUTORS, LLC DBA DFW STONE SUPPLY, LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that The Fontana Evolution, LLC and Bo Fontana shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth